UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs,                                    Civil Action No.
                                              09-CV-13597

vs.

                                              HON. MARK A. GOLDSMITH

DEARBORN REFINING COMPANY, ET AL,

    Defendants.
_____/

## ORDER TO STRIKE DOCUMENT

On July 18, 2011, Defendant filed a motion for summary judgment.

The brief in support of the motion did not comply with the requirements set out in this Court's scheduling order. In particular, section II.B.2 of that order states in part that a Rule 56 motion must begin with a Statement of Material facts. The Statement "must consist of numbered paragraphs describing the facts as to which the moving party contends there is no genuine issue and that entitle the moving party to judgment as a matter of law. Each paragraph must include specific references and citations to record evidence."

Accordingly, the Court strikes the motion for (description), docket entry # 50.

IT IS SO ORDERED.

Dated:  July 19, 2011                                s/Mark A. Goldsmith
         Flint, Michigan                               MARK A. GOLDSMITH
                                                  United States District Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 19, 2011.

                                            s/Deborah J. Goltz
                                            DEBORAH J. GOLTZ
                                            Case Manager